AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | |
| ASHLEY N. HARRISON<br>a/k/a Nikki | Case Number: CR 06-50-6-UNA |

To: The United States Marshal
and any Authorized United States Officer

SEALED

Unsealed 7/27/06 mlm

YOU ARE HEREBY COMMANDED to arrest     **ASHLEY N. HARRISON**
                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with    (brief description of offense)

KNOWINGLY DISTRIBUTE MORE THAN 50 GRAMS OF CRACK COCAINE - ( COUNT I );

in violation of Title    21    United States Code, Section(s)    841(a)(1) and (b)(1)(A) and 21:846

| | |
|---|---|
| PETER T. DALLEO<br>Name of Issuing Officer | BY: _[signature]_ ; DEPUTY CLERK<br>Signature of Issuing Officer |
| CLERK OF COURT<br>Title of Issuing Officer | MAY 3, 2006 AT WILMINGTON, DE<br>Date and Location |

FILED
MAY 0 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Ashley N. Harrison

| DATE RECEIVED<br>5/3/06 | NAME AND TITLE OF ARRESTING OFFICER<br>Toby M. Conrad  DUSM | SIGNATURE OF ARRESTING OFFICER<br>_[signature]_ |
|---|---|---|
| DATE OF ARREST<br>5/4/06 | | |