IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-50 (GMS) |
| : | |
| ASHLEY HARRISON : | |

### DEFENDANT ASHLEY HARRISON'S NOTICE OF ALIBI

Notice is hereby given that defendant Ashley Harrison will rely on an alibi for all or part of her defense, specifically, that during the month of March, 2006, she was out of town visiting family in Florida. Witnesses to same include:

Vincent Harrison, 1026 East Clifford Avenue, Eustis, Florida 32726

Michael Pitts, Clearwater, Florida

Pauline of Capital Green, 479 River Road, Dover, DE 19901, 302-678-3750 (as to the fact that Harrison was away, not as to where she was)

Respectfully submitted,

JOHANNA E. MARKIND, ESQUIRE

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the foregoing pleading upon the following persons by United States first class mail, postage pre-paid, to:

    Douglas E. McCann, Esquire (AUSA)
    U. S. Attorney's Office
    The Nemours Building
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, DE 19899

Date: July 28, 2006

    JOHANNA E. MARKIND, ESQUIRE
    1500 Walnut Street – Suite 1100
    Philadelphia, PA 19102
    (215) 546-2212