IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-50 (GMS) |
| | : | |
| | : | |
| ASHLEY HARRISON | : | |

### DEFENDANT ASHLEY HARRISON'S AMENDED NOTICE OF ALIBI

Notice is hereby given that defendant Ashley Harrison will rely on an alibi for all or part of her defense, specifically, that from approximately mid-March, 2006, through April 22, 2006, she was out of town visiting family in Florida, or traveling to and from. Witnesses to same include:

Vincent Harrison, 1026 East Clifford Avenue, Eustis, Florida 32726

Michael Pitts, Clearwater, Florida

Pauline of Capital Green, 479 River Road, Dover, DE 19901, 302-678-3750 (as to the fact that Harrison was away, not as to where she was)

Respectfully submitted,


_____/s/_____
JOHANNA E. MARKIND, ESQUIRE

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the foregoing pleading upon the following persons by United States first class mail, postage pre-paid, to:

    Douglas E. McCann, Esquire (AUSA)
    U. S. Attorney's Office
    The Nemours Building
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, DE  19899


Date: August 9, 2006                              _____/s/_____
                                                             JOHANNA E. MARKIND, ESQUIRE
                                                             1500 Walnut Street – Suite 1100
                                                             Philadelphia, PA   19102
                                                             (215) 546-2212