

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*The Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

October 2, 2006

**BY CM/ECF**

Honorable Gregory M. Sleet
844 King Street
Wilmington, Delaware 19801

Re:   **United States v. Willie Brown, et al., Crim. A. No. 06-50 GMS**

Dear Judge Sleet:

On September 27, 2006, the government filed a motion for a scheduling conference in this case. On September 28, 2006, the Court set a scheduling conference for October 5, 2006, at 11:00 a.m. After the government filed its motion, it learned that defendant Marty Eaton was apprehended in the Western District of New York. The government understands that Mr. Eaton will be transferred to the District of Delaware sometime after October 3, 2006. The government respectfully requests a continuance for about one month of the scheduling conference in this matter to allow time for (1) Mr. Eaton's transfer, (2) the appointment of counsel, and (3) Mr. Eaton's counsel to have some chance to review the voluminous discovery materials in the case. In addition, counsel for the government will be traveling on October 5, 2006.

Respectfully,

COLM F. CONNOLLY
United States Attorney

BY: *[signature]*
Douglas E. McCann
Assistant United States Attorney

cc:   Eugene Maurer, Esquire (By Facsimile)
      Johanna Markind, Esquire (By Facsimile)