LAW OFFICES OF
# DANIEL B. MARKIND

1500 Walnut Street
Suite 1100
Philadelphia, PA 19102
(215) 546-2212
(215) 735-9004 Fax
markindlaw@att.net

Plaza 1000 at Main Street
Suite 403
Voorhees, NJ 08043
(856) 874-0300
Fax (856) 489-5577

* Members - Pennsylvania, New Jersey and New York Bars

REPLY TO:  PHILADELPHIA

JOHANNA E. MARKIND°
° Member - Pennsylvania and New Jersey Bars

January 19, 2007

Honorable Gregory M. Sleet, U.S.D.J.
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE  19801-3570

**RE:    UNITED STATES v.  ASHLEY HARRISON
            CRIMINAL NO. 06-50**

Dear Judge Sleet:

In connection with defendant Ashley Harrison's pending Motion for Severance, defendant rests upon the moving papers previously submitted.

Respectfully,

JOHANNA E. MARKIND

JEM:maj
cc:    Douglas E. McCann, Esquire (AUSA)
        Ms. Ashley Harrison

FILED

JAN 2 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE