02/12/2007 17:34  2155462768  DANIEL_MARKIND ESQ  PAGE 01/01

# LAW OFFICES OF
# DANIEL B. MARKIND

1500 Walnut Street
Suite 1100
Philadelphia, PA 19102
(215) 546-2212
(215) 735-9004 Fax
markindlaw@att.net

Plaza 1000 at Main Street
Suite 403
Voorhees, NJ 08043
(856) 874-0300
Fax (856) 489-6577

* Members - Pennsylvania, New Jersey and New York Bars

REPLY TO: PHILADELPHIA

JOHANNA E. MARKIND*
* Member - Pennsylvania and New Jersey Bars

February 12, 2007

VIA TELECOPIER TO: (302) 573-6472
AND FIRST CLASS MAIL
Honorable Gregory M. Sleet, U.S.D.J.
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801-3570

RE:  UNITED STATES v. ASHLEY HARRISON
     CRIMINAL NO. 06-50

Dear Judge Sleet:

The government's response to undersigned counsel's letter to the Court fails to address the central issue, which is that the government has offered no support for its demand that defendant agree to limit her communication with counsel in exchange for the government's production of statements. Government counsel's attempts to impugn undersigned counsel's representation of her client is not a substitute for such a showing.

Respectfully,

Johanna E. Markind

JOHANNA E. MARKIND

JEM:maj
cc   Douglas E. McCann, Esquire (AUSA)

FILED
FEB 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE