IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-50-6 GMS |
| | : |
| ASHLEY HARRISON | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a telephone conference regarding the above-named defendant is scheduled for **Wednesday, February 21, 2007, at 2:00 p.m.** before the Honorable Gregory M. Sleet, United States District Judge. The telephone conference will address correspondence to the court regarding a Stipulated Protective Order. The government is directed to arrange and initiate the call.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

February 16, 2007