IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|   Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 06-50-GMS |
| WILLIE BROWN, et al., | ) ) ) |
|   Defendants. | ) |

**GOVERNMENT'S MOTION FOR DISCOVERY**

Pursuant to Rule 16(b)(1), the Government requests that the following discovery be made available, and that the Government be permitted to inspect and copy or photograph:

1. Any books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody, or control of the defendant, the defendant's lawyers, or other agents of the defendant, and which the defendant intends to introduce as evidence in chief at the trial, *see* Rule 16(b)(1)(A), including, but not limited to any documents relied upon by any experts, and which are part of the underlying facts and data on which the expert will base his/her opinions, and that the defendant expects to call at trial;

2. Any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, within the possession or control of the defendant, his attorneys, or other agents, which the defendant intends to introduce as evidence in chief at the trial, or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness' testimony, *see* Rule 16(b)(1)(B);

3. A written summary of testimony that the defendant intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence at trial, including the witnesses' opinions, the bases and reasons for those opinions, and the witnesses' qualifications, *see* Rule 16(b)(1)(C).

4. Any statement which relates to the expected testimony from any defense witness, pursuant to Fed. R. Crim. P. 26.2. Recognizing that the Rule does not require

production until after the end of direct testimony, we would request that these statements be produced in relation to the defense case at a time comparable to when the Government produces the statements of Government witnesses, or failing that, on the first day of trial.

5. We would further request that the above discovery obligation be treated as a continuing request, and that the defense timely provide responsive materials that come into the possession of the defense after initial compliance with this request.

6. In compliance with the Local Rules, on February 12, 2007, government counsel sent a letter to defense counsel requesting voluntary production of the above-named discovery. In that letter, counsel indicated that we would be filing this Motion if we did not hear back from defense counsel about our request by February 23, 2007. We have not heard back from counsel; accordingly, we are filing this Motion.

                                                   Respectfully submitted,

                                                   COLM F. CONNOLLY
                                                 United States Attorney

BY: /s/ Douglas E. McCann
                                             Douglas E. McCann
                                             Assistant United States Attorney

Dated: February 26, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>　　　　　　　　　　　　　　　　) <br>　　　　Plaintiff,　　　　　　　　) <br>　　　　　　　　　　　　　　　　) <br>　　v.　　　　　　　　　　　　　 ) Criminal Action No. 06-50-GMS <br>　　　　　　　　　　　　　　　　) <br>WILLIE BROWN, et al.,　　　　　　) <br>　　　　　　　　　　　　　　　　) <br>　　　　Defendants.　　　　　　　) | |

**ORDER**

IT IS HEREBY ORDERED this ____ day of _____, 2007, that the government's Motion for Discovery is GRANTED.

Defense counsel shall produce reciprocal discovery as provided in Federal Rules of Criminal Procedure 16 and 26 to the government not later than the first day of trial in this action.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE GREGORY M. SLEET
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 06-50-GMS |
| WILLIE BROWN, ET AL ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 26th day of February, 2007, I caused to be filed a Government's Motion for Discovery with the Clerk of Court. I further certify that a copy of the foregoing was mailed via First Class Mail to counsel of record as follows:

Johanna Markind, Esquire
1500 Walnut Street Suite 1100
Philadelphia, PA 19102
215-735-9004 (fax)

Elliot Cohen, Esquire
Two Penn Center Plaza
15th & JFK Boulevard, Suite# 1516
Philadelphia, Pennsylvania 19102
215-568-1995 (fax)

_/s/ Marie Steel_
Marie Steel
Legal Assistant