IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-50 (GMS) |
| | : | |
| ASHLEY HARRISON | : | |

**DEFENDANT ASHLEY HARRISON'S RESPONSE
IN OPPOSITION TO GOVERNMENT'S MOTION FOR DISCOVERY**

Defendant, Ashley Harrison, by her counsel, Johanna E. Markind, Esquire, hereby responds to the Government's Motion for Discovery in this matter.

1. Defendant does not expect to make any kind of decision as to what exhibits to present at trial before hearing the Government's case-in-chief. Once the decision has been made, these documents will be timely turned over to the Government.

2. Defendant does not expect to make any kind of decision as to what evidence to present at trial before hearing the Government's case-in-chief. Moreover, defendant has no such expert reports. Once the decision as to defendant's trial evidence has been made, the Government will be timely notified and relevant expert reports supplied.

3-4. Defendant does not expect to make any kind of decision as to what evidence to present at trial before hearing the Government's case-in-chief. Moreover, the Government has not provided defendant with its own written summary of testimony, without which the defendant is even less able to make final decisions as to what witnesses and evidence to present at trial. Once the decision has been made, the Government shall be timely informed and any such statements timely produced. By way of further answer, defendant has turned over the statement of defendant's uncle Vincent Harrison to the Government.

     5.     To reiterate, defendant does not anticipate making final decisions about what evidence to present at trial until after the Government has presented its case, therefore this request would seem to be moot.

     6.     Admitted.

                                        Respectfully submitted,

                                        Johanna E. Markind, Esquire

Case 1:06-cr-00050-GMS    Document 129    Filed 03/01/2007    Page 2 of 4

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the foregoing motion upon the following persons by United States first class mail, postage pre-paid, to:

Douglas E. McCann, Esquire (AUSA)
U. S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899

Elliot Cohen, Esquire
2 Penn Center Plaza
15th and J.F.K. Blvd., Ste. 1516
Philadelphia, PA  19102

Date: February 28, 2007

Johanna E. Markind, Esquire
1500 Walnut Street – Suite 1100
Philadelphia, PA  19102
(215) 546-2212

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-50 (GMS) |
| | : | |
| ASHLEY HARRISON | : | |

### ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2007, that the Government's Motion for Discovery is DENIED.

BY THE COURT:

_____
Honorable Gregory M. Sleet, U.S.D.J.