IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-50 (GMS) |
| | : | |
| ASHLEY HARRISON | : | |

### DEFENDANT ASHLEY HARRISON'S MOTION TO FILE
### MOTION *IN LIMINE* AS TO STATEMENTS OF CO-DEFENDANT UNDER SEAL

Defendant, Ashley Harrison, by and through her counsel, Johanna E. Markind, Esquire, hereby moves this Honorable Court to file the attached motion *in limine* under seal and states as follows:

1. At a telephone hearing held before the Court in February 21, 2007, this Court ordered defendant Harrison to keep soon-to-be-disclosed statements of co-defendants confidential.

2. Of necessity, the attached motion in limine to suppress certain aspects of one of the co-defendants' statement discusses the content of the statement and should be deemed confidential as well.

WHEREFORE, the defendant Ashley Harrison respectfully requests that this Honorable Court file the attached motion *in limine* under seal.

Respectfully submitted,

_____
Johanna E. Markind, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the foregoing motion upon the following persons by United States first class mail, postage pre-paid, to:

Douglas E. McCann, Esquire (AUSA)
U. S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899

Elliott M. Cohen, Esquire
15th Street & John F. Kennedy Boulevard
Suite 1516
Philadelphia, PA  19102

Date: February 28, 2007

Johanna E. Markind, Esquire
1500 Walnut Street – Suite 1100
Philadelphia, PA  19102
(215) 546-2212

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-50 (GMS) |
| | : | |
| ASHLEY HARRISON | : | |

## ORDER

AND NOW, this ___ day of _____, 2007, upon consideration of defendant Ashley Harrison's motion to file the attached motion *in limine* under seal, it is hereby ORDERED that the motion is GRANTED.

BY THE COURT:

_____
Honorable Gregory M. Sleet, U.S.D.J.