IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-50 (GMS) |
| | : | |
| ASHLEY HARRISON | : | |

ORDER

AND NOW, this 2nd day of March, 2007, upon consideration of defendant Ashley Harrison's motion to file the attached motion *in limine* under seal, it is hereby ORDERED that the motion is GRANTED.

BY THE COURT:

/s/ Gregory M. Sleet
Honorable Gregory M. Sleet, U.S.D.J.

FILED
MAR - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE