

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

April 16, 2007

**BY CM/ECF**

Honorable Gregory M. Sleet
844 King Street
Wilmington, Delaware 19801

**Re: United States v. Willie Brown, et al., Crim. A. No. 06-50 GMS**

Dear Judge Sleet:

  The government has been advised by counsel for defendant Harrison that she does not accept the government's plea offer. The government respectfully requests that the Court set a new date for a pre-trial conference with respect to defendant Harrison. The government respectfully requests that the Court set a date other than Friday, April 20, 2007, or the morning of Friday, April 27, 2007, as counsel for the government will be unavailable on those dates.

            Respectfully,

            COLM F. CONNOLLY
            United States Attorney

          BY: /s/ Douglas E. McCann
            Douglas E. McCann
            Assistant United States Attorney

cc: Beth Moskow-Schnoll, AUSA
   Johanna Markind, Esquire