IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-50-6 GMS |
| | : |
| ASHLEY HARRISON | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that the pretrial conference regarding the above-captioned defendant is scheduled for **Monday, April 23, 2007, at 10:30 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, in chambers.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

April 17, 2007