IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA     :
                             :
v.                           :     CRIMINAL NO. 06-50 (GMS)
                             :
                             :
ASHLEY HARRISON              :

### ORDER

AND NOW, this 1st day of May, 2007, upon consideration of defendant Ashley Harrison's motion for enlargement of time to file a motion *in limine* and to respond to the government's motion, it is hereby ORDERED that the motion is GRANTED. The briefing schedule set at the April 23, 2007, pre-trial conference in this matter is amended, as follows:

a.  Harrison has until May 2, 2007, to file her motion *in limine*;

b.  Defendants have until May 8, 2007, to file a response to the government's motion *in limine*.

BY THE COURT:

/s/ Gregory M. Sleet
Honorable Gregory M. Sleet, U.S.D.J.

FILED

MAY - 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE