IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-50 (GMS) |
| | : | |
| ASHLEY HARRISON | : | |

MAY - 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**DEFENDANT ASHLEY HARRISON'S MOTION FOR ENLARGEMENT OF TIME**

Defendant, Ashley Harrison, by and through her counsel, Johanna E. Markind, Esquire, hereby moves this Honorable Court for an enlargement of time to respond to the government's motion for the reasons set forth below:

1. At the pre-trial conference in this matter on April 23, 2007, the Court directed the government to brief the admissibility of taped telephone conversations involving defendant or defendants in this matter by April 26, 2007.

2. After the government was granted an enlargement of time to file its motion, the deadline for Harrison to submit a response was extended to May 8.

3. Since that time, undersigned counsel has been overwhelmed with discovery issues for two civil cases having a May 7 discovery deadline.

4. Undersigned counsel therefore requests additional time, from May 8 to May 14, to file a response to the government's motion.

5. Counsel has contacted government counsel about this request. The government does not oppose the request.

WHEREFORE, the defendant Ashley Harrison respectfully requests that this motion be granted.

Respectfully submitted,

*/s/ Johanna E. Markind*
Johanna E. Markind, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the foregoing motion upon the following persons by United States first class mail, postage pre-paid, to:

> Douglas E. McCann, Esquire (AUSA)
> U. S. Attorney's Office
> The Nemours Building
> 1007 Orange Street, Suite 700
> P.O. Box 2046
> Wilmington, DE  19899
>
> Elliott M. Cohen, Esquire
> 15th Street & John F. Kennedy Boulevard
> Suite 1516
> Philadelphia, PA  19102

Date: May 4, 2007

Johanna E. Markind, Esquire
1500 Walnut Street – Suite 1100
Philadelphia, PA   19102
(215) 546-2212

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-50 (GMS) |
| : | |
| ASHLEY HARRISON : | |

## ORDER

AND NOW, this ___ day of _____, 2007, upon consideration of defendant Ashley Harrison's motion for enlargement of time to respond to the government's motion, it is hereby ORDERED that the motion is GRANTED, as follows: Harrison has until May 14, 2007, to file a response to the government's motion.

BY THE COURT:

_____
Honorable Gregory M. Sleet, U.S.D.J.