IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-50 (GMS) |
| | : | |
| ASHLEY HARRISON | : | |

**ORDER**

AND NOW, this 4th day of May, 2007, upon consideration of defendant Ashley Harrison's motion for enlargement of time to respond to the government's motion, it is hereby ORDERED that the motion is GRANTED, as follows: Harrison has until May 14, 2007, to file a response to the government's motion.

BY THE COURT:

Honorable Gregory M. Sleet, U.S.D.J.

FILED

MAY - 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE