IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA          :

                                  :

          v.                      : Criminal No. 06-50-6 GMS

                                  :

ASHLEY HARRISON                   :

                                  :

### NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that a telephone conference regarding the above-captioned defendant is scheduled for **Thursday, May 24, 2007, at 11:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge.  Counsel for the government is directed to arrange and initiate the telephone conference to counsel and the court.


/s/ Gregory M. Sleet_____
UNITED STATES DISTRICT JUDGE


May 23, 2007