

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

The Nemours Building                           (302) 573-6277
1007 Orange Street, Suite 700                  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

October 2, 2006

**BY CM/ECF**

Honorable Gregory M. Sleet
844 King Street
Wilmington, Delaware  19801

    **Re:    United States v. Ashley Harrison, et al., Crim. A. No. 06-50 GMS**

Dear Judge Sleet:

    Further to the Court's instructions at the May 24, 2007, tele-conference, enclosed please find a proposed form of order on the briefing schedule for a Motion to Sever.

                                    Respectfully,

                                    COLM F. CONNOLLY
                                  United States Attorney

                              BY: _____
                                Douglas E. McCann
                                Assistant United States Attorney

cc:    Johanna Markind, Esquire (By Facsimile w/ enclosure)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,                          : | |
|       Plaintiff,                                                      : | |
| v.                                                                      : | Criminal Action No. 06-50-06 GMS |
| ASHLEY N. HARRISON,                                    : | |
|       Defendant.                                                 : | |

**ORDER**

WHEREAS, the Court held a tele-conference in this matter on May 24, 2007,

IT IS HEREBY ORDERED this ___ day of May, 2007 that:

1. defendant Harrison shall file any Motion to Sever by May 29, 2007;

2. the United States shall respond by May 31, 2007; and

3. defendant Harrison shall reply by June 4, 2007.

                                                HONORABLE GREGORY M. SLEET
                                                UNITED STATES DISTRICT JUDGE