IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-50-06 GMS |
| ASHLEY N. HARRISON, | : |
| Defendant. | : |

**ORDER**

WHEREAS, the Court held a tele-conference in this matter on May 24, 2007,

IT IS HEREBY ORDERED this 25th day of May, 2007 that:

1. defendant Harrison shall file any Motion to Sever by May 29, 2007;

2. the United States shall respond by May 31, 2007; and

3. defendant Harrison shall reply by June 4, 2007.

HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE



FILED
MAY 2 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE