IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-50 (GMS) |
| : | |
| ASHLEY HARRISON : | |

**DEFENDANT'S ASHLEY HARRISON'S SUPPLEMENTAL MOTION
FOR SEVERANCE AND MOTION FOR SPEEDY TRIAL**

Defendant, Ashley Harrison, and her counsel, Johanna E. Markind, Esquire hereby makes this supplemental motion for severance and motion for speedy trial, and in support thereof states as follows:

1. Trial in this matter is scheduled to start June 18, 2007.

2. On or about July 31, 2006, defendant Harrison moved for severance of her trial from that of her co-defendants. That motion remains pending.

3. At present, Willie Brown is the only other defendant in the case scheduled to go to trial.

4. On May 23, 2007, this Honorable Court granted defendant Brown's motion to dismiss counsel. As of the telephonic hearing held May 24, 2007, new counsel had not yet been appointed to represent Brown.

5. It is unlikely that new counsel for Brown – the lead defendant – will be able to obtain the file and be ready to try the case within the next three (3) weeks. Thus, the only practical way to move forward with Harrison's trial as scheduled on June 18, 2007, would be to sever her case from that of Brown.

6. Moreover, Harrison intends to introduce evidence of statements Brown made exonerating her and implicitly inculpating Brown. Severing the cases now saves the Court from dealing with a possible *Bruton* issue later on.

7. Under the Speedy Trial Act, and the Sixth Amendment to the United States Constitution, Harrison is entitled to a speedy trial of the charges against her.

8. The indictment in this case was filed on May 2, 2006.

9. Defendant Harrison has now been incarcerated for over a year awaiting trial.

10. Trial in this matter has already been continued twice.

11. The best and only practical way to safeguard Harrison's right to a speedy trial would be to sever her case from that of co-defendant Brown and proceed to trial as scheduled on June 18, 2007.

WHEREFORE, for the reasons stated above, defendant Ashley Harrison respectfully request that the Court sever her case from that of co-defendant Willie Brown and proceed to trial as scheduled on June 18, 2007.

Respectfully submitted,

Johanna E. Markind, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the foregoing document upon the following persons by United States first class mail, postage pre-paid, to:

> Douglas E. McCann, Esquire (AUSA)
> U. S. Attorney's Office
> The Nemours Building
> 1007 Orange Street, Suite 700
> P.O. Box 2046
> Wilmington, DE 19899

Date: May 25, 2007

Johanna E. Markind, Esquire
1500 Walnut Street – Suite 1100
Philadelphia, PA 19102
(215) 546-2212

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-50 (GMS) |
| | : | |
| ASHLEY HARRISON | : | |

### ORDER

AND NOW, this ___ day of _____, 2007, upon consideration of defendant Ashley Harrison's supplemental motion for severance and separate trial and motion for speedy trial, it is hereby ORDERED that the motion is GRANTED. Defendant Harrison's case is hereby severed from that of do-defendant Brown and Harrison shall be tried separately from defendant Brown in this matter.

BY THE COURT:

_____
Honorable Gregory M. Sleet, U.S.D.J.

FILED
2007 MAY 29 PM 1:48
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE