IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA            :

                                    :

    v.                              : Criminal No. 06-50-1 and 6GMS

                                    :

WILLIE BROWN and
ASHLEY HARRISON                     :

## <u>ORDER</u>

WHEREAS, a telephone status conference regarding the above-captioned case was held before Judge Gregory M. Sleet on June 8, 2007;

WHEREAS, the court DENIED the defendant Ashley Harrison's motion to sever and the trial of this case, currently scheduled for Monday, June 18, 2007, was CONTINUED until further notice. The court concludes that the ends of justice are served by a postponement of this case and that those interests outweigh the best interests of the public and the defendants in a speedy trial;

WHEREAS, a bail review hearing regarding the defendant Ashley Harrison was scheduled for **Tuesday, June 12, 2007, at 2:00 p.m.** before Judge Gregory M. Sleet, United States District Court, Courtroom 4A, 844 N. King Street, Wilmington, DE.

IT IS HEREBY ORDERED that:

The time period between the date of this Order and the trial date shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
UNITED STATES DISTRICT JUDGE

June _____, 2007

**FILED**

JUN - 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE