IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-50 (GMS) |
| | : | |
| ASHLEY HARRISON | : | |

**MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANT ASHLEY HARRISON**

Johanna E. Markind, Esquire, counsel for defendant Ashley Harrison, hereby moves the Court to withdraw as counsel for defendant and in support thereof states as follows:

1. The indictment in this matter was filed on or about May 2, 2006. Defendant is charged with violating 21 U.S.C. § 846 and 18 U.S.C. § 2 regarding alleged distribution of crack cocaine.

2. Current counsel was appointed to represent defendant Harrison on May 8, 2006.

3. Trial in this matter has been rescheduled, most recently from June 18, 2007. A new date has not been set but the Court has indicated that it will not be tried before September, 2007.

4. Undersigned counsel has given notice that she intends to leave her office as of the end of August, 2007. She expects that she will no longer be able to represent the defendant after that date.

5. It would be advantageous to the client for new counsel to be appointed as soon as possible so as not to cause further delay of trial in this matter.

6. In light of the trial postponement, there is no emergency should counsel be allowed to withdraw.

WHEREFORE, movant, Johanna E. Markind, Esquire, respectfully requests that this Honorable Court grant counsel permission to withdraw from representing defendant Ashley Harrison in this matter.

Respectfully submitted,

_____
Johanna E. Markind, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the foregoing document upon the following persons by hand delivery to:

> Douglas E. McCann, Esquire (AUSA)
> U. S. Attorney's Office
> The Nemours Building
> 1007 Orange Street, Suite 700
> P.O. Box 2046
> Wilmington, DE  19899

Date: June 12, 2007

*/s/ Johanna E. Markind*
Johanna E. Markind, Esquire
1500 Walnut Street – Suite 1100
Philadelphia, PA  19102
(215) 546-2212

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-50 (GMS) |
| | : | |
| ASHLEY HARRISON | : | |

### ORDER

AND NOW, this 12th day of June, 2007, upon consideration of the motion of Johanna E. Markind, Esquire, to withdraw as counsel for defendant, Ashley Harrison, in the above-captioned matter, it is hereby ORDERED and DECREED that the motion is GRANTED.

BY THE COURT:

_____
Honorable Gregory M. Sleet, U.S.D.J.

FILED

JUN 1 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE